|   |   |
|---|---|
| 1 | KAYE SCHOLER LLP |
| 2 | PAMELA J. YATES, Bar Number 137440 |
|   | PAUL GELB, Bar Number 214439 |
| 3 | BETSY L. KATZ, Bar Number 229194 |
|   | 1999 Avenue of the Stars, Suite 1700 |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 788-1000 |
| 5 | Facsimile: (310) 788-1200 |

Attorneys for Defendants
PFIZER INC., PHARMACIA & UPJOHN LLC
and GREENSTONE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROL SCHOENBERG, | ) | CASE NO. C 05-00615 SBA |
|---|---|---|
| Plaintiff, | ) | JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS ON MOTION TO REMAND |
| vs. | ) | |
| WYETH PHARMACEUTICALS, INC., WYETH-AYERST PHARMACEUTICALS, INC.; WYETH-AYERST INTERNATIONAL, INC.; WYETH LABORATORIES, INC.; WYETH PHARMACEUTICALS; WYETH, INC.; PHARMACIA & UPJOHN, INC.; PFIZER, INC.; BARR LABORATORIES, INC.; GREENSTONE LTD.; JEANNIE ICHIMURA; MICHELLE LUNA; and DOES 1 through 100, inclusive, | ) | Date: June 7, 2005<br>Time: 1:00 p.m.<br>Courtroom: 3 (3rd Floor) |
| Defendants. | ) | |

KAYE SCHOLER LLP

1  Plaintiff Carol Schoenberg ("Plaintiff") and Defendants Pfizer Inc., Pharmacia & Upjohn
2  LLC (incorrectly named as Pharmacia & Upjohn Inc.), and Greenstone Ltd. (hereinafter collectively
3  referred to as "Defendants"), by and through their respective attorneys, hereby stipulate and agree as
4  follows:

5  1.  On December 22, 2004, Plaintiff filed a Complaint against Defendants in San
6  Francisco County Superior Court for fraudulent concealment, negligence, fraud, negligent
7  misrepresentation, breach of express warranty, and loss of consortium;

8  2.  On February 10, 2005, Defendants removed the action from San Francisco County
9  Superior Court to the United States District Court, Northern District of California;

10 3.  On April 21, 2005, Plaintiff filed a Notice of Motion and Motion to Remand Action
11 to State Court ("Motion to Remand");

12 4.  Defendants' opposition to the Motion to Remand currently is due on May 17, 2005;

13 5.  Defendants have requested, and Plaintiff has agreed, to a three day extension of time
14 for Defendants to respond to the Motion to Remand;

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    6. Subject to the Court's approval, the time by which Defendants must file their
2  Opposition Brief is extended three days, until **May 20, 2005**. The time by which Plaintiffs must file
3  their Reply Brief also is extended three days, until **May 27, 2005**. The hearing date ~~remains~~ is **June ~~7~~ 14,**
4  **2005**.

5

6  Dated: May 11, 2005                KAYE SCHOLER LLP

7

8                                      By: /s/ Paul Gelb
                                            Paul Gelb
9                                       Attorneys for Defendants
                                        PFIZER INC., PHARMACIA & UPJOHN LLC
10                                      and GREENSTONE LTD.

11

12  Dated: May 11, 2005                PAUL & JANOFSKY

13

14                                      By: _____
                                            Michael B. Gurien
15                                      Attorneys for Plaintiff
                                        CAROL SCHOENBERG
16

17

18          IT IS SO ORDERED.

19

20  Dated: May ___, 2005              _____
                                        HONORABLE SAUNDRA B. ARMSTRONG
21                                      UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

6. Subject to the Court's approval, the time by which Defendants must file their Opposition Brief is extended three days, until **May 20, 2005**. The time by which Plaintiffs must file their Reply Brief also is extended three days, until **May 27, 2005**. The hearing date is **June 14**, 2005.

Dated: May 11, 2005

KAYE SCHOLER LLP

By: _____
Paul Gelb
Attorneys for Defendants
PFIZER INC., PHARMACIA & UPJOHN LLC
and GREENSTONE LTD.

Dated: May 11, 2005

PAUL & JANOFSKY

By: _____
Michael B. Gurien
Attorneys for Plaintiff
CAROL SCHOENBERG

IT IS SO ORDERED.

Dated: May 13, 2005

/s/ Saundra Brown Armstrong
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

KAYE SCHOLER LLP